IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD H.,                                                    No. 3:22-cv-00715-HZ

                 Plaintiff,                             ORDER

v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

                 Defendant.

HERNÁNDEZ, Senior Judge:

       Plaintiff Ronald H. brought this action seeking review of the Commissioner's final decision to deny Disability Insurance Benefits. On July 5, 2023, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Op. & Order, ECF 29. Judgment was also entered on July 5, 2023. J., ECF 30. On March 3, 2025, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Ex. A, ECF 34-2.

       Plaintiff now seeks an award of fees of $45,000 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 34. Defendant has no objection to the request. *Id*. The Court has reviewed the record in the

1 – ORDER

case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [34] and awards Plaintiff's counsel $45,000 in attorney's fees under 42 U.S.C. § 406(b). When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the $9,500 previously received under EAJA and send Plaintiff's attorney the balance of $35,500 less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED: _____March 5, 2025_____.

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge

2 – ORDER